TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00073-CV

Waste Compaction Systems, Inc. d/b/a Advanced Waste Systems, Inc., Appellant

v.

Bandolier Corporation d/b/a Reconstruction Specialities Co., Rob Harbison

and Cynthia Harbison, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 95-01877, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Appellant's brief was due April 1, 1998. This Court granted appellant's first
motion for extension of time to file a brief, setting a due date of June 22, 1998. As of July 15,
1998 appellant had not tendered either a brief or a second motion for extension of time within
which to file a brief. See Tex. R. App. P. 38.6(d). By letter dated July 15, 1998, the Clerk of
this Court notified appellant that unless appellant provided a reasonable explanation for the failure
to file a brief by July 24, 1998, the appeal would be dismissed for want of prosecution. See Tex.
R. App. P. 38.8(a)(1). All parties have received ten days notice of the proposed dismissal; we
have received no response. See Tex. R. App. P. 42.3. Accordingly, we dismiss the appeal for
want of prosecution. See Tex. R. App. P. 42.3(b).

Before Chief Justice Yeakel, Justices Jones and B. A. Smith

Appeal Dismissed for Want of Prosecution

Filed: September 17, 1998

Do Not Publish